1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  SUNDEEP PATEL, CSBN 242284
5  Special Assistant United States Attorney
6      160 Spear St., Suite 800
       San Francisco, CA  94105
7      Telephone: 415-977-8981
8      Facsimile: 415-744-0134
       E-Mail: Sundeep.Patel@ssa.gov
9
10 Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
2/19/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REYES, | ) Case No. 5:15-CV-01418-RAO |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

[PROPOSED] JUDGMENT; 5:15-cv-01418-RAO

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

Judgment for Plaintiff is hereby entered.

DATE: February 19, 2016

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE